**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
**DANIEL JOSEPH SNEDDON**
**1024 WELLINGTON LN**                                            **CASE NO:14-70248-HDH-13**

**WICHITA FALLS, TX 76305**                                       **DATED: September 9, 2014**

**DEBTOR ATTORNEY:   MONTE J WHITE**

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2014-03 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

\_\_\_\_     Failure to file Authorization for Adequate Protection Disbursements

\_\_X\_\_  Debtor did not pay to the Trustee the first payment due in the amount of $807 within 30 days of the petition date

\_\_\_\_     Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN 7 DAYS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2014-03 SECTION 3. b, c & d-1.**

 /s/
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney